| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
| Dale K. Galipo, SBN 144074 | |
| Renee V. Masongsong, SBN 281819 | |
| Law Offices of Dale K. Galipo | |
| 21800 Burbank Blvd., Suite 310 | |
| Woodland Hills, CA 91367 | |
| Tel: 818.347.3333 / Fax: 818.347.4118 | |
| ATTORNEY(S) FOR: Plaintiff, Luis Helguera Chairez | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HELGUERA CHAIREZ, <br><br> Plaintiff(s), <br> v. <br> CITY OF SAN BERNARDINO, TYLER JENKINS, STEVEN ARABIA, ESQUEMON HILL and DOES 1-10, inclusive, <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:25-cv-01468 <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   PLAINTIFF LUIS HELGUERA CHAIREZ
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Luis Helguera Chairez | 1. Plaintiff |
| 2. City of San Bernardino | 2. Defendant |
| 3. Tyler Jenkins | 3. Defendant |
| 4. Steven Arabia | 4. Defendant |
| 4. Esquemon Hill | 5. Defendant |

| | |
|---|---|
| June 12, 2025 | s/ Dale K. Galipo |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF LUIS HELGUERA CHAIREZ