**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:  (760) 952-1085

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:  (760) 843-8155

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CHAIREZ-HELGUERA,<br><br>           Plaintiff,<br><br>       v.<br><br>CITY OF SAN BERNARDINO; TYLER JENKINS, STEVEN ARABIA, ESQUEMON HILL and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 5:25-cv-01468-JGB-SP<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Sheri Pym<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THE HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Central District Local Rule 5-3.1, and this Court's Order (Dkt. 9), Plaintiff Luis

-1-
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Chairez-Helquera hereby submits the proof of service of the Summons, Complaint, and other documents on Defendants City of San Bernardino, Tyler Jenkins, Steven Arabia and Esquemon Hill, attached hereto as Exhibits "A" through "D," respectively.

DATED: July 31, 2025

LAW OFFICES OF DALE K. GALIPO

By: _____*s/ Renee V. Masongsong*_____
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff