# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Helguera Chairez, Luis v. City of San Bernardino | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>5:25-cv-01468-JGB-SP |
| **Declaration of Service** | | Ref. No. or File No:<br>Chairez v. San Bernardino |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint for Damages; Summons in a Civil Action; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re: Consent to Proceed Before U.S. Magistrate Judge; Standing Order of Honorable Jesus G. Bernal**

On: **City of San Bernardino** By Serving City Clerk's Office, Agent for Service

I served the summons at:

**201 N E St, BLDG 201A  San Bernardino, CA 92401**

On: **7/11/2025**            Date:  **01:47 PM**

In the above mentioned action  by substituted service and leaving with
**FERNANDA ELIZARRARAZ  -  CUSTOMER SERVICE REP**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **LaMar Broadway**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **90.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature: LaMar Broadway]*

LaMar Broadway                                           Date: **07/17/2025**

Declaration of Service                                                                     Invoice #: 12380814-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Helguera Chairez, Luis v. City of San Bernardino | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>5:25-cv-01468-JGB-SP |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Chairez v. San Bernardino |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **07/16/2025**, I served the within:
**Complaint for Damages; Summons in a Civil Action; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re: Consent to Proceed Before U.S. Magistrate Judge; Standing Order of Honorable Jesus G. Bernal**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**City of San Bernardino**
**201 N E St, BLDG 201A  San Bernardino, CA 92401**

Declarant:

a. Name: **Christina Lindsey**
b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **90.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Declaration of Service by Mail                    Invoice #: 12380814-01

**Christina Lindsey**  Date: **07/18/2025**