1  Aamir Raza, Esq. [State Bar No. 223530]
2  E-mail: araza@lbaclaw.com
   LAWRENCE BEACH ALLEN & CHOI, PC
3  E-mail: LBACOCstaff@lbaclaw.com
4  959 South Coast Drive, Suite 260
   Costa Mesa, California 92626
5  Telephone No.: (714) 479-0180
6
7  Attorneys for Defendants, CITY OF SAN BERNARDINO, TYLER JENKINS,
   STEVEN ARABIA and ESQUEMON HILL
8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11
12 LUIS HELGUERA CHAIREZ,        ) Case No.: 5:25-cv-01468-JGB-SP
                                 )
13       Plaintiff,              )
                                 ) **NOTICE OF INTERESTED PARTIES**
14 vs.                           )
                                 ) **[Local Rule 7.1-1]**
15                               )
   CITY OF SAN BERNARDINO,       )
16 TYLER JENKINS, STEVEN         )
   ARABIA, ESQUEMON HILL and     ) Complaint Filed:  June 12, 2025
17 DOES 1-10, inclusive          )
18                               )
                                 )
19       Defendants.             )
20 _____ )

21       TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR
22 COUNSEL OF RECORD:
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1
NOTICE OF INTERESTED PARTIES

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendants, CITY OF SAN BERNARDINO, TYLER JENKINS, STEVEN ARABIA and ESQUEMON HILL, herein certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION AND INTEREST |
|---|---|
| Luis Helguera Chairez | Plaintiff |
| City of San Bernardino | Defendant |
| Tyler Jenkins | Defendant |
| Steven Arabia | Defendant |
| Esquemon Hill | Defendant |

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

Dated: August 1, 2025

By  /s/ Aamir Raza
AAMIR RAZA
Attorneys for Defendants,
CITY OF SAN BERNARDINO, TYLER JENKINS, STEVEN ARABIA and ESQUEMON HILL