# EXHIBIT A

JUDGE JESUS B. BERNAL

EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5:25-cv-01468-JGB-SP |
|---|---|
| Case Name | CHAIREZ V. CITY OF SAN BERNARDINO, ET AL. |

| Matter | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
|---|---|---|---|
| ☐ Jury Trial  *or*  ☐ Court Trial **(Tuesday at 9:00 a.m.)**          Length: _____ Days | June 15, 2027 | June 15, 2027 | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday - two (2) weeks before trial date)** | May 31, 2027 | May 31, 2027 | |
| Last Date to Conduct Settlement Conference | Jan. 18, 2027 | Jan. 18, 2027 | |
| Last Date to **Hear** Non-discovery Motions (Monday at 9:00 a.m.) | Jan. 18, 2027 | Jan. 18, 2027 | |
| All Discovery Cut-Off (including hearing all discovery motions) | Dec. 18, 2026 | Dec. 18, 2026 | |
| Expert Disclosure (Rebuttal) | Nov. 20, 2026 | Nov. 20, 2026 | |
| Expert Disclosure (Initial) | Oct. 30, 2026 | Oct. 30, 2026 | |
| Last Date to Amend Pleadings or Add Parties | June 19, 2026 | June 19, 2026 | |

ADR [L.R. 16-15] Settlement Choice:

       x ☐ Attorney Settlement Officer Panel

       ☐ Private Mediation

       ☐ Magistrate Judge