**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HELGUERA CHAIREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF SAN BERNARDINO; TYLER JENKINS, STEVEN ARABIA, ESQUEMON HILL and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 5:25-cv-01468-JGB-SP<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Sheri Pym<br><br>**PLAINTIFF'S REQUEST TO ALLOW REMOTE APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE**<br><br>Date: January 12, 2026<br>Time: 11:00 AM<br>Location: Courtroom 1<br>3470 Twelfth Street<br>Riverside, California 92501 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiff hereby respectfully requests that Renee V. Masongsong, who is an attorney of record for Plaintiff but is not lead trial counsel, be allowed to appear at the upcoming Scheduling Conference via Zoom in this action in lieu of Plaintiff's lead trial counsel, Dale K. Galipo. The Scheduling Conference is currently scheduled for January 12, 2026, at 11:00 a.m.

Plaintiff's counsel makes this request because Mr. Galipo is currently scheduled to be in a deposition on January 12, 2026, starting at 10:00am. As such, Mr. Galipo will be unable to appear for the Scheduling Conference as currently scheduled. Plaintiff's counsel acknowledges that the Court disfavors appearances of non-lead trial counsel at Scheduling Conferences and apologizes for any inconvenience this request may cause.

DATED: January 8, 2026          LAW OFFICES OF DALE K. GALIPO

                                By:     /s/ Renee V. Masongsong
                                    Dale K. Galipo
                                    Renee V. Masongsong
                                    Attorneys for Plaintiff, LUIS CHAIREZ
                                    HELGUERA

-2-
PLAINTIFF'S REQUEST TO ALLOW REMOTE APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE