# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HELGUERA CHAIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN BERNARDINO; TYLER JENKINS, STEVEN ARABIA, ESQUEMON HILL and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:25-cv-01468-JGB-SP<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Magistrate Judge Sheri Pym<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO ALLOW REMOTE APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE**<br><br>Date: January 12, 2026<br>Time: 11:00 AM<br>Location: Courtroom 1<br>3470 Twelfth Street<br>Riverside, California 92501 |

# [PROPOSED] ORDER

Having reviewed Plaintiff's request to appear remotely at the January 12, 2026, Scheduling Conference in this action, the Court hereby orders that Plaintiff's counsel, Renee V. Masongsong, may appear via Zoom at the Scheduling Conference in lieu of lead trial counsel.

**IT IS SO ORDERED.**

DATED:                                          UNITED STATES DISTRICT JUDGE


_____

Hon. Jesus G. Bernal

-2-

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO ALLOW REMOTE APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE